Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| IMAGENATION OF ALLEN, LLC, | § | CASE NO. 23-40444 |
| | § | **Chapter 11** |
| Debtor. | § | |

**MOTION TO VOLUNTARILY DISMISS DEBTOR'S**
**CHAPTER 11 BANKRUPTCY CASE**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, 660 N. CENTRAL EXPRESSWAY, SUITE 300B, PLANO, TEXAS 75074 AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION.  IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Imagenation of Allen, LLC, the Debtor in the above-styled and numbered bankruptcy case ("Debtor"), by its attorney, hereby requests that its Chapter 11 Bankruptcy Case be dismissed.

1.  Debtor filed for Chapter 11 Bankruptcy on March 9, 2023.

2. On March 17, 2023, this Court entered its *Agreed Order Granting VAA Improvements, LLC's Emergency Motion for Relief from the Automatic Stay as it Relates to Debtor's Leased Premises* [Docket No. 26]. Pursuant to the terms of the Order, the Debtor was deemed to have surrendered the leased premises to the landlord on March 17, 2023.

3. Debtor therefore does not wish to continue with this bankruptcy case at this time.

**WHEREFORE, PREMISES CONSIDERED,** Debtor prays for an order from the Court dismissing Debtor's Chapter 11 Bankruptcy Case proceeding and for such other and further relief to which it may show itself justly entitled.

DATED: March 23, 2023.

Respectfully Submitted,

  */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 23, 2023, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

  */s/ Joyce W. Lindauer*
Joyce W. Lindauer

```
Label Matrix for local noticing          Abigail Bower                             Allen ISD
0540-4                                    4612 Monte Vista Lane                    Linebarger Goggan Blair & Sampson, LLP
Case 23-40444                             McKinney, TX 75070-7462                  C/O John Kendrick Turner
Eastern District of Texas                                                          2777 North Stemmons Frwy
Sherman                                                                            Suite 1000
Thu Mar 23 12:06:53 CDT 2023                                                       Dallas, TX 75207-2328

Allen ISD                                 Amanda Meyers                            Anh Chelm
Linebarger Goggan Blair & Sampson, LLP    1500 W. Josephine St.                    3609 Llano River Trail
c/o John Kendrick Turner                  McKinney, TX 75069-3120                  McKinney, TX 75070-6137
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Ashley Brooks                             Athens Laser Hair Removal                Attorney General of Texas
1420 W. McDermott Dr., #1135              Attn: Shanon Farrell                     Bankruptcy Division
Allen, TX 75013-3315                      2495 Brynlee James Lane                  PO Box 12548
                                          Van Alystne, TX 75495-2953               Austin, TX 78711-2548


Briton Malone                             Brittney Bailey                          Bruno Lopez
100 W. Way Dr.                            124 Oriole Dr.                           405 Dunn St.
Allen, TX 75002-3104                      Anna, TX 75409-5871                      McKinney, TX 75069-5542


Chong Yu                                  Chrissy Johnson                          Christian Sanchez
1223 Harvard Lane                         1609 Pin Oak Trail                       205 Benten Dr., #10311
Allen, TX 75002-5731                      Anna, TX 75409-4436                      Allen, TX 75013-8592


City Of Allen                             City Of Allen                            (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
Linebarger Goggan Blair & Sampson, LLP    Linebarger Goggan Blair & Sampson, LLP   REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
C/O John Kendrick Turner                  c/o John Kendrick Turner                 PO BOX 13528
2777 North Stemmons Frwy                  2777 N. Stemmons Freeway                 AUSTIN TX 78711-3528
Suite 1000                                Suite 1000
Dallas, TX 75207-2328                     Dallas, TX 75207-2328

DLC Management, LLC                       Dana Coddington                          Dara Finnegan
565 Taxter Rd                             4709 Highlands Dr.                       705 Bray Central, #5102
Elmsford, NY 10523-2300                   McKinney, TX 75070-7497                  Allen, TX 75013-6382


Deborah Daugherty                         Emily Oliver                             Felicia Amoah
3509 Rolling Hills Dr.                    828 Weeping Willow Ct.                   1500 Eldorado Pkwy., #1224
McKinney, TX 75071-3724                   Allen, TX 75002-5022                     McKinney, TX 75069-7908


Felicia Davis                             Hannah Michaels                          Heather Barbee
3801 14th St., #2102                      1090 W. Exchange Pkwy., #H214            7805 Meadow Grove Dr.
Plano, TX 75074-7122                      Allen, TX 75013-7086                     McKinney, TX 75071-1867


Imagenation of Allen, LLC                 Internal Revenue Service                 Internal Revenue Service
1970 Mary Lee Lane                        Centralized Insolvency                   Mail Code DAL-5020
Lucas, TX 75002-8528                      PO Box 7346                              1100 Commerce Street
                                          Philadelphia, PA  19101-7346             Dallas, Texas 75242-1100
```

```
(p)JPMORGAN CHASE BANK  N A            Julie Jeket                           Kenneth Maun
BANKRUPTCY MAIL INTAKE TEAM            3608 Flinstone Dr.                    Collin County Tax Assessor
700 KANSAS LANE FLOOR 01               Plano, TX 75074-7750                  PO BOX 8046
MONROE LA 71203-4774                                                         Mckinney, TX 75070-8046


Kim Downard                            LaFon Bailey                          Leslie Mireles
451 Wilson Creek Blvd., #415           419 Suncreek Dr.                      1212 Community Ave., #1001
McKinney, TX 75069-6421                Allen, TX 75013-3314                  McKinney, TX 75071-2430


Larry A. Levick                        Lincoln Automotive Financial Services Lincoln Automotive Financial Services
Singer & Levick, P.C.                  c/o National Bankruptcy Service Center c/o Wilcox Law, PLLC
16200 Addison Rd.                      P.O. Box 62180                        P.O. Box 201849
Suite 140                              Colorado Springs, CO 80962-2180       Arlington, TX 76006-1849
Addison, TX 75001-5377


Joyce W. Lindauer                      Linebarger Goggan Blair & Sampson     Madi Ricks
Joyce Lindauer, Attorney               2777 N. Stemmons Freeway              3236 Anchor Dr.
1412 Main Street                       Suite 1000                            Plano, TX 75023-3617
Suite 500                              Dallas, TX 75207-2328
Dallas, TX 75202-4042


Melanie Tawater                        Meredith Villachica                   Mindy Sargent
190 E. Stacy, Suite 1724               3318 Excalibur Circle                 10220 CR 540
Allen, TX 75002-8744                   Garland, TX 75044-3625                Lavon, TX 75166-1407


Nicole Wilson                          Planet Lincoln                        Sara Beth Hollingsworth
1103 Emerald Gate Dr.                  7767 Lemmon                           315 Greenville Ave., #1433
Princeton, TX 75407-1449               Dallas, TX 75209-3021                 Allen, TX 75002-9148


Sarah Hirst                            Stacy Smith                           Texas Workforce Commission
1107 Country Lane                      12320 Biloxi Dr.                      101 East 15th Street
Allen, TX 75002-4575                   Frisco, TX 75035-2825                 Austin, TX 78778-0001


John Kendrick Turner                   U. S. Attorney                        U. S. Trustee's Office
Linebarger Goggan Blair & Sampson, LLP 110 N. College Ave.                   110 N. College Street
2777 N. Stemmons Freeway               Suite 700                             Suite 300
Suite 1000                             Tyler, TX 75702-0204                  Tyler, TX 75702-7231
Dallas, TX 75207-2328


U.S. Attorney General                  U.S. Small Business Administration    US Trustee
Department of Justice                  10737 Gateway West #300               Office of the U.S. Trustee
Main Justice Building                  El Paso, TX 79935-4910                110 N. College Ave.
10th & Constitution Ave., NW                                                 Suite 300
Washington, DC 20530-0001                                                    Tyler, TX 75702-7231


VAA Improvements, LLC                  John M. Vardeman                      Mark A WEISBART (SBRA V)
c/o Michelle E. Shriro                 UST Office                            Subchapter V Trustee
Singer & Levick, P.C.                  110 N. College St., Suite 300         10501 N Central Expy Suite 106
16200 Addison Rd., Suite 140           Tyler, TX 75702-7231                  Dallas, TX 75231-2203
Addison, TX 75001-5377
```

```
Stephen Wilcox                    Yasamin Afshar                    Zoe Mechler
Wilcox Law, PLLC                  6709 Macintosh Dr.                5701 McKinney Place Dr.
P.O. Box 201849                   Plano, TX 75023-1771              McKinney, TX 75070-1742
Arlington, TX 76006-1849
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Comptroller of Public Accts       JPMorgan Chase Bank, NA
Rev Acctg Div/Bankruptcy Dept     Collateral Mgmt Small Business
PO BOX 13528                      PO Box 33035
Austin, TX 78711                  Louisville, KY 40232-9891
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)DLC Management, LLC            (d)Kenneth Maun                   (u)Lincoln Automotive Financial Services
565 Taxter Road                   Collin County Tax Assessor
Elmsford, NY 10523-2300           PO Box 8046
                                  McKinney, TX 75070-8046


(u)Louisa Lang                    (d)Planet Lincoln                 (d)U.S. Small Business Administration
                                  7767 Lemmon                       10737 Gateway West #300
                                  Dallas, TX 75209-3021             El Paso, TX 79935-4910


(u)VAA Improvements, LLC          End of Label Matrix
                                  Mailable recipients    62
                                  Bypassed recipients     7
                                  Total                  69
```