IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| Imagenation of Allen, LLC, § | Case No. 23-40444 |
| dba Image Nation Salon & Med Spa, § | Chapter 11 |
| § | |
| Debtor. § | |

### AGREED ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS DEBTOR'S CHAPTER 11 BANKRUPTCY CASE

**CAME ON FOR CONSIDERATION** Debtor's *Motion to Voluntarily Dismiss Debtor's Chapter 11 Bankruptcy Case* (the "Motion"),[1] by and through its counsel Joyce W. Lindauer Attorney, PLLC. The Court, having considered the Motion and Landlord's limited objection and finding that notice was adequate under the circumstances and that based on the agreements herein cause exists for granting the relief in this Order, is of the opinion that the Motion should be granted as set forth herein. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that the Motion is hereby **GRANTED** as set forth herein; it is further

**ORDERED, ADJUDGED and DECREED** that this case is dismissed with prejudice and Debtor is barred from filing any bankruptcy case in any jurisdiction for a period of one hundred and eighty (180) days; it is further

**ORDERED, ADJUDGED and DECREED** that the *Agreed Order Granting VAA Improvements, LLC's Emergency Motion For Relief From Stay At It Relates to the Debtor's Premises* (the "Order) entered by this Court at Dkt. No. 26 shall survive the dismissal and remain in place and

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

**Order Granting Debtor's Motion to Voluntarily
Dismiss Debtor's Chapter 11 Bankruptcy Case      Page 1**

none of the property addressed by the terms of that Order including the former leased premises and the personal property shall revest in the Debtor entity; it is further

**ORDERED, ADJUDGED and DECREED that** the automatic stay shall continue to be lifted to permit Landlord to enforce its rights under the Lease and at law or in equity; it is further

**ORDERED, ADJUDGED and DECREED** that this Order and its terms shall survive the filing of any other bankruptcy case by Debtor and the dismissal or conversion of any such case; it is further

**ORDERED, ADJUDGED AND DECREED** that the terms and conditions of this Order are immediately effective and enforceable upon entry of this Order, and the enforcement of this Order will not be stayed pursuant to the fourteen (14)-day period otherwise imposed by FEDERAL BANKRUPTCY PROCEDURE 4001(a)(3); and, finally, it is further.

**ORDERED, ADJUDGED and DECREED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**IT IS SO ORDERED.**

Signed on 04/18/2023

*Brenda T. Rhoades*   SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**AGREED AS TO FORM AND CONTENT:**

| | |
|---|---|
| By: /s/ *Michelle E. Shriro*<br>Michelle E. Shriro<br>State Bar No. 18310900<br>Larry A. Levick<br>State Bar No. 12252600<br>Todd A. Hoodenpyle<br>State Bar No. 00798265<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>Phone: 972.380.5533<br>Fax: 972.380.5748<br>Email: mshriro@singerlevick.com<br>Email: levick@singerlevick.com<br>Email: hoodenpyle@singerlevick.com<br><br>- and -<br><br>Scott L. Fleischer<br>**Barclay Damon LLP**<br>1270 Avenue of the Americas, Suite 501<br>New York, New York 10020<br>Phone: (212) 784-5810<br>Fax: (212) 784-5799<br>Email: sfleischer@barclaydamon.com<br><br>**ATTORNEYS FOR<br>VAA IMPROVEMENTS, LLC** | By: /s/ *Joyce W. Lindauer*<br>Joyce W. Lindauer<br>State Bar No. 21555700<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, Texas 75202<br>Phone: 972.503.4033<br>Fax: 972.503.4034<br>Email: joyce@joycelindauer.com<br><br>**ATTORNEYS FOR DEBTOR<br>IMAGENATION OF ALLEN, LLC dba<br>NATION SALONES & MED SPA** |